# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA SPENCER HILL,<br><br>            Petitioner,<br><br>      v.<br><br>KIM HOLLAND, Warden,<br><br>            Respondent. | Case No. ED CV 15-00542 FMO (AFM)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: October 15, 2015

```
              /s/
_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE
```